Certificate Number: 02114-PR-CC-015316212



# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 06/29/2011, at 06:39 o'clock PM EST, JUAN O PEREZ received from CredAbility, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Puerto Rico, an individual [or group] briefing (including a briefing conducted by telephone or on the internet) that complied with the provisions of 11 U.S.C . §§ 109(h) and 111. A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted by internet.

Date: 06/29/2011          By    /s/Ranja Bhardwaj

                          Name  Ranja Bhardwaj

                          Title Counselor

Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy code are required to file within the United States Bankruptcy Court a complete certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).

Certificate Number: 02114-PR-CC-015316214



# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 06/29/2011, at 06:39 o'clock PM EST, LIZBETH DE LA ELIAS received from CredAbility, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Puerto Rico, an individual [or group] briefing (including a briefing conducted by telephone or on the internet) that complied with the provisions of 11 U.S.C . §§ 109(h) and 111. A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted by internet.

| | |
|---|---|
| Date: 06/29/2011 | By /s/Ranja Bhardwaj |
| | Name Ranja Bhardwaj |
| | Title Counselor |

Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy code are required to file within the United States Bankruptcy Court a complete certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).